# Exhibit 2

# EXHIBIT H



# Introducing Revitalyte…

## What is Revitalyte?

- Identical formula to Pedialyte, but with a less medicinal taste and texture
- FDA Certified "Medical Food" for the treatment of mild to moderate dehydration (label claims backed by medical research)
- The next up and coming brand partner of Barstool Sports (after Pink Whitney, High Noon, and Owen's Mixers)

## Who Drinks Revitalyte?

- Professional athletes for recovery after intense workouts or competitions
- Young adults before, during, and after a night of drinking
- Active adults as part of their regular hydration routine

**Nutrition Facts**

About 3 servings per container
**Serving size 12 fl oz (360 mL)**

| | Per serving | | Per container | |
|---|---|---|---|---|
| **Calories** | **35** | | **100** | |
| | | **% DV*** | | **% DV*** |
| **Total Fat** | 0g | **0%** | 0g | **0%** |
| **Sodium** | 370mg | **16%** | 1030mg | **45%** |
| **Total Carbohydrate** | 9g | **3%** | 25g | **9%** |
| Total Sugars | 9g | | 25g | |
| Incl. Added Sugars | 9g | **18%** | 25g | **50%** |
| **Protein** | 0g | | 0g | |
| Potassium | 280mg | 6% | 780mg | 15% |
| Zinc | 2.8mg | 25% | 7.6mg | 70% |
| Chloride | 440mg | 20% | 1240mg | 50% |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium and iron.
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Sports Illustrated
NEWS SCORES WATCH SI TV
24 Hours ... With Vikings Cornerback Xavier Rhodes
24 HOURS WITH XAVIER RHODES

You can tell Rhodes isn't fully awake yet because his olive pajama pants are on inside-out. Five bottles of Dasani, a bottle of Revitalyte and a banana peel litter his nightstand and floor. A foam roller leans against the chair in Brittney's sitting area nook she calls her "retreat." Rhodes wasn't feeling too sore last night so he kept his Sleep Number bed on 55. When he's really hurting, he softens the mattress to 45.

**ANALYSIS: A lot goes into refueling Alabama players during a game**

By Terrin Waack Sports Writer

Quarterback Tua Tagovailoa doesn't touch the Rice Krispies but said he will sometimes grab an Uncrustables. Linebacker Dylan Moses focuses mainly on hydrating, not so much eating.

Coolers inside locker rooms are stashed with Dasani water bottles, select Gatorade flavors and Revitalyte options. The latter two contain a lot of electrolytes.

There's also a table with an assortment of goods laid out: Double Bubble gum, Nature Valley granola, Clif bars, Jack Link's beef jerky, pickle jars and more.

# Growing Category with Proven Utility

**Pediatric Electrolyte Category Sales ($MM)**



17% Category CAGR!!!!

$191 (2015), $216 (2016), $254 (2017), $307 (2018), $365 (2019), $469 (Proj. 2020)

*"We estimate that **50% of [Pedialyte] Sales come from Adult Consumers** using the product"* - Pedialyte Brand Manager

**Consumer Usage Survey**



- Everyday Hydration: 60%
- Sports / Exercise: 51%
- Alcohol / Hangover: 49%
- Heat Exhaustion: 39%
- Travel: 37%
- Illness: 27%



44% More Effective | 32% Healthier Than Other Products



3

85

REVITALYTE002308

# Revitalyte is Barstool's next big brand partner

Barstool has been the driving force behind some of the most successful launches in the beverage industry...

**PINK WHITNEY**



- #1 Flavored Vodka in US
- Sold 1M+ bottles in 6 weeks
- 1M+ Case Annual Run Rate

- Revitalyte is the fourth beverage brand that has earned a multi-year licensing deal with Barstool
- Barstool receives a royalty on every case of Revitalyte sold, incenting barstool's content creators to push the brand on social and feature the beverage in and around the office

**HIGH NOON**



- #1 Spirts-Based Seltzer
- 250K+ cases sold in first month of Barstool Partnership



Revitalyte | Dave Portnoy | 2m+ Views!

**OWEN'S MIXERS**



- 1,000 new retail doors within weeks of launch
- Partnered with over 400 golf courses across the US



4

86

REVITALYTE002309

# Traffic-Driving Advertising Spend

**PLANNED AD SPEND**

- Targeting Gen Y's and Young Millennials (21-35)
  - College Partiers
  - Young Professionals
  - Active Adults

- Strategy focused on driving traffic to liquor stores in college towns and major metro markets

- Revitalyte is advertising through Barstool's content on Instagram, TikTok, Twitter and Podcast Streaming platforms



2021 Barstool Ad Spend

Revitalyte Black Label by Barstool Sports Launch (see next page)

**UPCOMMING ACTIVATIONS**

October: **+3M** Impressions

  

November: **+12M** Impressions

  

December: **+6M** Impressions

  



5

87

REVITALYTE002310





# Revitalyte Works Best Where Customers Can See It

| "GOOD" | "BETTER" | "BEST" |
|---|---|---|
|  |  |  |

- ✓ In the NA aisle or cooler next to mixers and sodas
- ✓ Good visibility so customers can recognize the bottle
- ✓ Give's the customer a "home base" to find the product

- ✓ At the counter to encourage last-minute purchase
- ✓ Actively sold by the cashier as an add-on
- ✓ Instant product recognition from packaging

- ✓ Best visibility in the store to draw immediate recognition
- ✓ "Proud Partner of Barstool Sports" featured on display
- ✓ Encourages volume selling (full case purchases)



7

REVITALYTE002312

# NEW DISPLAYS AVAILABLE!





ORDER 10+ RACKS
AND GET $10 OFF PER RACK
DISCOUNT TAKEN AT INVOICING



**REVITALYTE BLACK LABEL METAL RACK**

SKU: 639757

**REVITALYTE BLACK LABEL PLASTIC RACK**

SKU: 639758

**REVITALYTE COUNTER TOP CASE CARD**

SKU: 635907



8

90

REVITALYTE002313

# Barstool Cross-Merchandising Opportunity

Barstool's popularity creates cross-merchandising potential in-store

**Barstool Display and Merchandising**



**Packaging Designed to Compliment Barstool Brands**









9

91

# Additional POS – brandfolder.com/revitalyte

**Posters w/wo Price Bubble (available in multiple sizes)**




**Shelf Talkers w/wo Price Bubble**






10

92

REVITALYTE002315

# Product Information

## Key Contacts

**Ryan Leonard: Co-Founder**
612.581.6412 / ryan@drinkrevitalyte.com
**AJ Lagoo: Co-Founder**
952.412.6163 / aj@drinkrevitalyte.com
**Chris Katechis: Brand Manager**
303.746.0020 / chris@drinkrevitalyte.com

## UPC Detail

Mixed Fruit Bottle UPC: 8 61645 00040 0
Mixed Fruit Case UPC: 50861645000436
Grape Bottle UPC: 8 61645 00042 4
Grape Case UPC: 50861645000429
Strawberry Bottle UPC: 8 61645 00043 1
Strawberry Case UPC: 50861645000405
Barstool Black Label Bottle UPC: 8 61645 00044 8
Barstool Black Label Case UPC: 10861645000445

Cases Per Pallet: 88
Cases Per Layer: 22
Case Weight in lbs: 14.8
Case Dimensions: 10.5"L x 7.125"W x 9.125"H
Bottle Dimensions: 3.375"L x 3.375"W x 8.375"H
Bottles Per Case: 6 x 1 Liter
Shelf Life: 2 years

## SKU Detail










## Point of Sale

Case cards and stackers are critical for driving sell-through, as Revitalyte leverages its resemblance to Pedialyte to catch the consumers eye and close the add-on purchase.

Stores with effective stacker placement see 10-12 case per week velocity which is largely incremental to existing alcohol purchases.






11

93

REVITALYTE002316