# Exhibit 3

# EXHIBIT I

Case 3:21-cv-00230-JO-BGS Document 40-5 Filed 08/24/21 PageID.1002 Page 1 of 17

94



# Revitalyte Update
August 2021

REVITALYTE002429

# Momentum is Building!

## Units Sold


## Monthly Did Buys


## Rate of Sale (per Placement)


## Instagram Followers


## Google Trends




2

REVITALYTE002430

# "Functional Hydration" Category is Booming

Nestlé Acquires Hydration Platform Brand Nuun

Nestlé Health Science has acquired hydration tablet brand Nuun for an undisclosed fee, the company announced today. The deal is expected to close in Q3 2021.

Liquid I.V. Acquired by Unilever

Hydrant Closes $8.5M Funding Round

## LIFEAID RAISES $20M IN SERIES C ROUND

AUG. 10, 2021

LIFEAID Beverage Co. announced this week that it has raised $20 million in an oversubscribed Series C financing round. The capital will go towards supporting the brand's growth in retail in the U.S. and overseas, as well as funding new innovation and c-suite level hires.

REVITALYTE™

# Revitalyte Is Differentiated from the Competition



|  | Pedialyte | Electrolit | Gatorlyte | Biolyte | Shots / Powders | Revitalyte |
|---|---|---|---|---|---|---|
| **Pharmaceutical Grade Quality** | 💧 | 💧 |  |  |  | 💧 |
| **W.H.O. & UNICEF Approved Formula** | 💧 | 💧 |  |  |  | 💧 |
| **Proper Ratio of H20, Sugars, & Salts** | 💧 | 💧 |  |  |  | 💧 |
| **Sold Next to Beer, Wine, and Liquor** |  |  | 💧 | 💧 | 💧 | 💧 |
| **Hangover & Recovery Focused Branding** |  |  | 💧 | 💧 | 💧 | 💧 |
| **Powerful Promotional Marketing Engine** | 💧 |  | 💧 |  |  | 💧 |



4

98

REVITALYTE002432

# There Is "Built-In-Demand" For a Product Like Revitalyte

### Revitalyte Saves a Trip to the Baby Aisle….

- ✓ Identical in formula to Pedialyte, but with a less medicinal taste and texture which appeals specifically to Adults

- ✓ FDA Certified "Medical Food" for the treatment of mild to moderate dehydration (all label claims backed by medical research!)

- ✓ Suggested retail price is in-line with the category at ~$2.99-$3.50 per 16.9oz serving

- ✓ Provides incremental revenue to liquor stores as Revitalyte is an add-on purchase for alcohol consumers

- ✓ Brand partner of Barstool Sports, one of the largest and fastest growing media companies in the U.S. (other partners include Pink Whitney, High Noon, and Owen's Mixers)










5

REVITALYTE002433

# Placement is Key!

## Top Accounts Place Us "Front and Center" Early On...



| Top Accounts YTD | State | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | TTL YTD | Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| PARTY SOURCE | KY | 6 | 14 | 28 | 97 | 54 | 118 | 108 | 425 | |
| ARGONAUT WINE & LIQUORS | CO | 39 | 22 | 38 | 51 | 41 | 65 | 23 | 279 | |
| ROXY S MARKET | MT | 14 | 62 | 62 | 27 | 5 | 45 | 26 | 241 | |
| FRANK ANTHONY S GOURMET | MA | 30 | 10 | 36 | 34 | 34 | 28 | 31 | 203 | |
| FIVE STAR LIQUOR - SWENSON | NV | 0 | 0 | 15 | 32 | 49 | 58 | 48 | 202 | |
| EXXON HENDERSONVILLE | TN | 6 | 15 | 11 | 30 | 26 | 53 | 56 | 197 | |
| THE CITY TOBACCO & BEV | NH | 0 | 3 | 38 | 45 | 24 | 24 | 54 | 188 | |
| HAZEL S BEVERAGE WORLD | CO | 24 | 26 | 30 | 25 | 20 | 32 | 24 | 181 | |
| TOWN PUMP BOZ COTWD 1095 | MT | 0 | 0 | 0 | 38 | 23 | 53 | 59 | 173 | |
| MACTAGGART S | WI | 18 | 32 | 26 | 52 | 9 | 18 | 16 | 171 | |
| JUNGLE JIMS EASTGATE | OH | 0 | 21 | 30 | 44 | 8 | 32 | 28 | 163 | |
| KROGER #465 | OH | 30 | 23 | 21 | 22 | 20 | 33 | 14 | 163 | |
| BEACH LIQUOR | DE | 0 | 0 | 0 | 10 | 27 | 45 | 80 | 162 | |
| WINE BEER & SPRITS ( 4AFF) | NE | 12 | 14 | 27 | 19 | 20 | 33 | 27 | 152 | |
| RANCH MARKET TOO | CA | 2 | 6 | 6 | 27 | 31 | 31 | 48 | 151 | |
| ALL OTHERS | NA | 1,946 | 3,340 | 4,896 | 7,214 | 9,525 | 11,789 | 14,636 | 53,346 | |
| TTL | | 2,127 | 3,588 | 5,264 | 7,767 | 9,916 | 12,457 | 15,278 | 56,397 | |

## Starting with 6+ Cases Leads to **1.6x Monthly Sales Increase**...




| Cases Sold | Jan | Feb | Mar | Apr | May | Jun | Jul | TTL | Trend |
|---|---|---|---|---|---|---|---|---|---|
| < 6 First Buy | 977 | 1,705 | 2,865 | 3,888 | 5,481 | 6,939 | 8,156 | 30,010 | |
| >= 6 First Buy | 1,150 | 1,883 | 2,400 | 3,879 | 4,435 | 5,518 | 7,123 | 26,387 | |
| TTL | 2,127 | 3,588 | 5,264 | 7,767 | 9,916 | 12,457 | 15,278 | 56,397 | |
| Did Buys | Jan | Feb | Mar | Apr | May | Jun | Jul | TTL | Trend |
| < 6 First Buy | 427 | 725 | 1,047 | 1,414 | 1,798 | 2,059 | 2,213 | 9,683 | |
| >= 6 First Buy | 117 | 263 | 451 | 703 | 962 | 1,266 | 1,630 | 5,392 | |
| TTL | 544 | 988 | 1,498 | 2,117 | 2,760 | 3,325 | 3,843 | 15,075 | |
| Average Cases / Month | Jan | Feb | Mar | Apr | May | Jun | Jul | TTL | Trend |
| < 6 First Buy | 2.29 | 2.35 | 2.74 | 2.75 | 3.05 | 3.37 | 3.69 | 3.10 | |
| >= 6 First Buy | 9.83 | 7.16 | 5.32 | 5.52 | 4.61 | 4.36 | 4.37 | 4.89 | |
| TTL | 3.91 | 3.63 | 3.51 | 3.67 | 3.59 | 3.75 | 3.98 | 3.74 | |
| % Improvement | 4.3x | 3.0x | 1.9x | 2.0x | 1.5x | 1.3x | 1.2x | 1.6x | |



6

REVITALYTE002434

# Displays Are Critical for Securing Floor Space



**REVITALYTE BLACK LABEL METAL RACK**

SKU: 639757

$100.00 / EA



**ORDER 10+ RACKS AND GET $10 OFF PER RACK**
DISCOUNT TAKEN AT INVOICING

**REVITALYTE BLACK LABEL PLASTIC RACK**

SKU: 639758

$50.00 / EA



**REVITALYTE COUNTER TOP CASE CARD**

SKU: 635907

$5.00 / PAK

Case Pack: 5EA



7

REVITALYTE002435

# Revitalyte Works Best Where Customers Can See It

**"GOOD"**




- In the NA aisle or cooler next to mixers and sodas
- Good visibility so customers can recognize the bottle
- Give's the customer a "home base" to find the product

**"BETTER"**



- At the counter to encourage last-minute purchase
- Actively sold by the cashier as an add-on
- Instant product recognition from packaging

**"BEST"**



- Best visibility in the store to draw immediate recognition
- "Proud Partner of Barstool Sports" featured on display
- Encourages volume selling (full case purchases)



8

102

REVITALYTE002436

# Powerful Cross-Merchandising Opportunities






103

REVITALYTE002437

# Gubna's Keys to Successful Selling

### Find the Young People

If the buyer is older and doesn't quite understand the product, find a younger employee who is more likely to understand Revitalyte and ask them what they think!



### Leverage Social Media

Make sure that owners know they can use our social media accounts to drive traffic to their stores. This tactic has proven to be a very effective method for launch.





### Leave a Few Samples

Leave a bottle or two behind so that its visible at the registers. Customers will notice the bottle and mention their surprise/delight to the cashier, increasing the likelihood of an eventual sale





10

REVITALYTE002438

# Lots of Marketing Support This Fall....

## Presence at Major College Football Tailgates



## Viceroy / Barstool Athletics Activations



Arizona Bowl shuns TV, takes digital plunge with Barstool

*The Arizona Bowl has wrestled with how to stand out on television when there are dozens of postseason college football games flooding the airwaves in late December and early January*

By DAVID BRANDT AP Sports Writer
August 10, 2021, 2:18 PM · 4 min read

### "Always On" Content



## PlanBri "Back-to-School" Presenting Sponsor



https://www.instagram.com/p/CSX5KqNnNWf/

## Barstool Bites Menu Partner





11

105

REVITALYTE002439



# On the Web

Megan @MeganMakinMoney · Jul 28
ElectroLIT
Thanks @DrinkRevitalyte
35
6
975

July 29 3:22 PM
You go back to college @biznasty ?
pinkwhitney
Whos dorm room is this? @drinkrevitalyte
@drinkrevitalyte

Rehydrating with @barstoolsports rehydration drink.
I may play till I am 40 now, thanks to @glenn_gronkowski for the tip

Big Cat @BarstoolBigCat · Aug 7
No Context Bartool Yak @NoContextYak · Aug 7
REVITALYTE
ELECTROLYTE SOLUTION
REHYDRATE·RECOVER·REPEAT

Tweet
Viva La Stool
What's the first thing you think of when you see this crew?
CC: @Jared_Carrabis
Molly
Replying to @VivaLaStool and @Jared_Carrabis
Bring revitalyte?
12:01 PM · 10/12/20 · Twitter for iPhone
1 Quote Tweet 2 Likes

barstoolsports
No more beers
Might do beers
Beers
REVITALYTE
Liked by leonardvision and 79,919 others
barstoolsports Beers. Rehydrate. Repeat.
View all 683 comments
doimakeyourandy_29 @ddocken3
kodylyon_4 @drinkrevitalyte i think we deserve a follow
April 27

drinkrevitalyte Who's dorm room is this? @barstoolu @pinkwhitney
1w
Top Comments
pinkwhitney Lmao
1w 2 likes Reply
drinkrevitalyte @pinkwhitney
1w 2 likes Reply
drinkrevitalyte Damn, we forgot the nooners! What else we missing?
1w 2 likes Reply
Hide replies
owensmixers @drinkrevitalyte AHEM....
1w 1 like Reply
drinkrevitalyte @owensmixers Dude, I swear I told @buschbeer to invite you?
1w 2 likes Reply
owensmixers @drinkrevitalyte Go home you're drunk!
1w 2 likes Reply
nooners @owensmixers @drinkrevitalyte can't believe they forgot us smh
1w 1 like Reply

Will Work 4 Rights @EKANardini · Apr 12
Introducing Revitalyte Black Label
REVITALYTE
Introducing Revitalyte Black Label
barstoolsports.com

# In the Background










REVITALYTE

14

REVITALYTE002442

# In the Wild













15

109

# "Love and Other Chugs"

Barstool Sports and Revitalyte have joined forces to bring viewers an instant classic. Critics are raving, "Love and Other Chugs" is a thoughtful critique of romance in the 21st century. Featuring a star-studded cast and eye-popping special effects, "Love and Other Chugs" will leave audiences thirsty for more...





https://www.youtube.com/watch?v=L0tIrpqYDws



https://www.youtube.com/watch?v=L0tIrpqYDws



https://www.youtube.com/watch?v=L0tIrpqYDws



https://www.youtube.com/watch?v=A-TiR63OIbk



16

110

REVITALYTE002444