**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Abbott Laboratories,

Plaintiff,

v.

Revitalyte LLC,

Defendant.

Case No. 23-cv-1449 (DWF/DTS)

**ORDER**

---

This matter is before the Court on the parties' Joint Motions Regarding Continued Sealing, Dkt. Nos. 190, 191, under District of Minnesota Local Rule 5.6(d)(2).

The joint motions address documents that have been filed under temporary seal in connection with Defendant Revitalyte LLC's motion for summary judgment, Dkt. No. 140, and Plaintiff Abbott Laboratories' motion to preclude expert testimony, Dkt. No. 170. Because the documents contain sensitive business data and other information that should remain sealed;

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motions Regarding Continued Sealing (Dkt. Nos. 190, 191) are **GRANTED**.

2. The Clerk is directed to keep **sealed** the following documents: Dkt. Nos. 142, 145, 145-1, 145-2, 145-3, 145-4, 145-5, 145-6, 145-7, 145-8, 145-9, 145-10, 145-11, 145-12, 145-13, 145-14, 145-15, 145-16, 145-17, 145-18, 145-19, 158, 160, 160-1, 160-2, 160-3, 160-4, 160-5, 160-6, 160-7, 160-11, 160-12, 160-13, 160-14, 160-15, 160-16, 160-17, 160-18, 160-19, 160-20, 163, 163-1, 163-2, 163-3, 163-4, 163-5, 163-6, 163-7, 163-8, 163-9, 163-10, 163-11. 163-12. 163-13, 163-14, 163-15, 163-16, 163-17, 163-18, 163-19, 163-21, 163-22, 163-23, 163-24, 163-25, 163-26, 163-27, 163-28, 163-29, 163-30, 163-32, 163-33, 163-34, 163-36, 163-37, 163-38, 163-39, 163-40, 163-41, 174, 175, 181, and 183.

3. The Clerk is directed to **unseal** the following documents: Dkt. Nos. 160-8, 160-9, 160-10, 163-20, 163-31, and 163-35.

Dated: August 21, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge